IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00315-MR

| | |
|---|---|
| SHANNON MARIE PFEIFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon the Plaintiff's Motion to Dismiss [Doc. 9].

The Plaintiff seeks to dismiss this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. [Doc. 9]. The Court finds that a hearing is necessary on the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss shall be heard on **May 26, 2015 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the Plaintiff shall attend this hearing in person, along with her counsel, V. Lamar Gudger III.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge