**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:14-cv-00315-MR**

| | | |
|---|---|---|
| **SHANNON MARIE PFEIFFER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss

Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure

[Doc. 9].

For the reasons in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss

[Doc. 9] is **GRANTED**, and this civil action is hereby **DISMISSED WITH**

**PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure.

**IT IS SO ORDERED.** Signed: May 29, 2015

Martin Reidinger
United States District Judge